# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Delicha Johnson,<br><br>            Plaintiff,<br><br>vs.<br><br>Portfolio Recovery Associates, LLC,<br><br>            Defendant. | **2:25-cv-00467-JCM-MDC**<br><br>**Order Setting Hearing** |
| Brooklyn Richards,<br><br>            Plaintiff,<br><br>vs.<br><br>Portfolio Recovery Associates, LLC,<br><br>            Defendant. | **2:25-cv-00468-JCM-MDC** |
| Christopher Hicks,<br><br>            Plaintiff,<br><br>vs.<br><br>Portfolio Recovery Associates, LLC,<br><br>            Defendant. | **2:25-cv-00469-CDS-MDC** |
| Frank Medina,<br><br>            Plaintiff,<br><br>vs.<br><br>Portfolio Recovery Associates, LLC,<br><br>            Defendant. | **2:25-cv-00470-GMN-MDC** |

| | |
|---|---|
| John Lepore,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Portfolio Recovery Associates, LLC,<br><br>　　　　　　　Defendant. | **2:25-cv-00474-CDS-MDC** |
| Joseline Lugo,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Portfolio Recovery Associates, LLC,<br><br>　　　　　　　Defendant. | **2:25-cv-00475-CDS-MD** |
| Kim Sisemore,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Portfolio Recovery Associates, LLC,<br><br>　　　　　　　Defendant. | **2:25-cv-00477-GMN-MDC** |
| Olga Granados,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Portfolio Recovery Associates, LLC,<br><br>　　　　　　　Defendant. | **2:25-cv-00480-APG-MDC** |
| Ulises Ramirez,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Portfolio Recovery Associates, LLC,<br><br>　　　　　　　Defendant. | **2:25-cv-00482-CDS-MDC** |

| | |
|---|---|
| Mauricio Rivera,<br><br>   Plaintiff,<br><br>vs.<br><br>Portfolio Recovery Associates, LLC,<br><br>   Defendant. | **2:25-cv-00483-JAD-MDC** |
| Patricia Hutchinson,<br><br>   Plaintiff,<br><br>vs.<br><br>Portfolio Recovery Associates, LLC,<br><br>   Defendant. | **2:25-cv-00484-GMN-MDC** |
| Yuri Hurtado,<br><br>   Plaintiff,<br><br>vs.<br><br>Portfolio Recovery Associates, LLC,<br><br>   Defendant. | **2:25-cv-00494-APG-MDC** |

  I have been appointed to all the above-referenced and related matters. To facilitate the management of the matters, the parties shall appear for an in-person hearing on April 21, 2025, at 10:00am in Courtroom 3D to discuss discovery and pretrial issues, including ways to economize and streamline discovery. The parties should also be ready to discuss potential stays to discovery and pre-trial deadlines which they have alluded to in recently filed status reports.

  IT IS SO ORDERED.

  Dated this 14th day of April 2025.

                    _____
                    Hon. Maximiliano D. Couvillier III
                    United States Magistrate Judge